UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| N.L., by his parents and next friends JAMES LORDO and JACKIE LORDO, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 4:08-CV-1804 (CEJ) |
| SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's and defendant's separate motions for leave to file in excess of the page limitation [Doc. #21 and #24] are **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2009.